# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:18-cr-00623-S *SEALED* |
| | § § | |
| RICHARD HALL (1) | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 18th day of Dec, 2018

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 18 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Signature of Attorney

LANCE EVANS
Attorney Name (Please Print)

06723680
Attorney Bar Number

115 W. 2nd, SUITE 202
Street Address

FT WORTH TX 76102
City, State, Zip

Lanceevans@egdmlaw.com
E-mail Address

817-332-3822
Telephone Number (including area code)

817-332-2763
Fax Number