# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **Marie Castañeda**
LAW CLERK _____
INTERPRETER _____
A.M. _____  P.M. __2:00__

COURT REPORTER/TAPE **FTR**
USPO _____
COURT TIME: __1 MIN.__
DATE: **December 18, 2018**

---

CR. No. __3:18-cr-623-S__   DEFT No. (01)

UNITED STATES OF AMERICA   §
                           §
v.                         §
                           §
RICHARD HALL               
Defendant's Name

__DOUG BRASHER__, AUSA

__LANCE EVANS (R)__ ☐
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

☒ ...... Defendant SWORN.
☒ **arr.** Arraignment ☐ **rearr.** Rearraignment - Held on count(s) __1-5__
        of the __5__ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☒ **pl.** Deft enters a plea of   ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
☐ **wvindi.** Waiver of Indictment, filed.
☐ ...... Plea Agreement accepted.   ☐ Court defers acceptance of Plea Agreement.
☐ **plag.** Plea Agreement filed (see agreement for details).   ☐ ...... No Plea Agreement.
☐ ...... Plea Agreement included with Factual Resume.
☐ **facres.** Factual Resume filed.
☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
☒ **jytrl.** Trial set for __TBA__ at _____ a.m./p.m.
        Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
☐ ...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
☐ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ **owarr.** Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ forfeited
☒ ...... Deft Custody/Detention continued.
☐ **loc.(LC)** Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 8 2018

CLERK, U.S. DISTRICT COURT
By _____ Deputy