IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:18-cr-00623-S-1 |
| RICHARD HALL (01) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Richard Hall, pursuant to 18 U.S.C. § 3142(e) and (f). The United States made an oral motion for detention on December 18, 2018 and now files this written motion.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_Maximum sentence life imprisonment or death

    \_\_\_\_\_10 + year drug offense

    \_\_\_\_\_Felony, with two prior convictions in above categories

     X   Serious risk defendant will flee

    \_\_\_\_\_Serious risk obstruction of justice

    \_\_\_\_\_Felony involving a minor victim

    \_\_\_\_\_Felony involving a firearm, destructive device, or any other

       dangerous weapon

    \_\_\_\_\_Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    X   Defendant's appearance as required

         Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/**will not** invoke the rebuttable presumption against defendant because (check one or both):

         Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

         Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

         Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

         Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

         At first appearance

   X   After continuance of   1   day (not more than 3).

DATED this   19th   day of   <u>December</u>  , 2018.

Respectfully submitted,

TANYA PIERCE
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515


*s/ Adrienne E. Frazior*
Adrienne E. Frazior
Assistant Chief
U.S. Department of Justice
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8784
Facsimile: 214-659-8809
Bar No. 24059546
Email: Adrienne.Frazior2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 19th day of December, 2018.

*s/ Adrienne E. Frazior*
Adrienne E. Frazior