**EXHIBIT C**






15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1A21 | FILL 1 | | | Misc customer paperwork concerning refills & presciption. Audit records for customer service | | Davis | DCIS | Beisler/Hyde | DCIS |
| 2 | 1B4 | 1 | | | Sterile logs, Sterile MSDS, Sterile formulas binder, Quality control log, Sterile prodcuts binder, NIOSH list of antineoplastic & Other hazdrug pamphlet, Cleaning&main sign-in, Other resource docs, Xpress compounding receipts & inserts for patients. Note from Tammy RE replace ingredients w/something else | | Davis | DCIS | Sonja Chuprinko | HHS/OIG |
| 3 | 1A7 | 2 | | | Misc paperwork, 1 binder | Tammy Porter Office | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 4 | 1B1 | 3 | | | Chemical inventory sheets, Pharmacy record letter, Pharmacy board insp, Patient docs, Various applications, Various admin docs, Drug recall notice, Special instructions for Halls long term | | Davis | DCIS | Sonja Chuprinko | HHS/OIG |
| 5 | 1A5 | 4 | | | Files-Employee, Files-Marketing, Files-Misc | | Davis | DCIS | Bryan Sewell/Pete Moore | VA OIG |
| 6 | 1A1 | 5 | Elsa Desk | | Pre-signed script pads, Notary book, Law enforcement training course concerning fraud, investigation report, money orders, claim discrepancies | | Davis | DCIS | John Zuniga | DCIS |
| 7 | 1A13 | 6 | | | Binders, Bank docs, Misc docs | Jesse Ortiz Office - Accountant | Davis | DCIS | Jacob Karn | VA OIG |
| 8 | 1A1 | 7 | Elsa Credenza | | Invoice packets, Audit documents, I-9s | | Davis | DCIS | John Zuniga | DCIS |
| 9 | 1A13 | 8 | | | All companies bank reconciliations, 2014/2015 Docs | Jesse Ortiz Office - Accountant | Davis | DCIS | Jacob Karn | VA OIG |
| 10 | 1A9 | 9 | Desk drawers | | Various documents | Gracie Puentes Office | Davis | DCIS | Jennifer Vancor | VA OIG |
| 11 | 1A9 | 9 | Box under desk | | Various paperwork | Gracie Puentes Office - Shred box contents | Davis | DCIS | Jennifer Vancor | VA OIG |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102



| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1A9 | 9 | Box under desk | | Various paperwork | Gracie Puentes Office - Shred box contents | Davis | DCIS | Jennifer Vancor | VA OIG |
| 13 | 1A9 | 9 | Bookcase Desktop | | Documents - Unreconciled claims | | Davis | DCIS | Jennifer Vancor | VA OIG |
| 14 | 1A9 | 9 | Desktop Area | | Various paperwork | Gracie Puentes Office | Davis | DCIS | Jennifer Vancor | VA OIG |
| 15 | 1A9 | 9 | Desktop Area | | Various paperwork | Gracie Puentes Office | Davis | DCIS | Jennifer Vancor | VA OIG |
| 16 | 1A9 | 9 | Bookshelf Topshelf | | Documents - Payments and scripts | | Davis | DCIS | Boyd Lawrence | VA OIG |
| 17 | 1A9 | 9 | Bookshelf 2nd shelf | | Documents - Processing batches | | Davis | DCIS | Boyd Lawrence | VA OIG |
| 18 | 1A9 | 9 | Bookshelf 2nd shelf | | Documents - Processing batches | | Davis | DCIS | Boyd Lawrence | VA OIG |
| 19 | 1A9 | 9 | Bookshelf 2nd shelf | | Processing batches | | Davis | DCIS | Boyd Lawrence | VA OIG |
| 20 | 1A9 | 9 | Bookshelf 2nd shelf | | Claim statements in tray titled "waiting on EOB's" | | Davis | DCIS | Boyd Lawrence | VA OIG |
| 21 | 1A9 | 9 | Bookshelf 2nd shelf | | Copies of payments in "Inbox" | Gracie Puentes Office | Davis | DCIS | Boyd Lawrence | VA OIG |
| 22 | 1A9 | 9 | Bookshelf top shelf | | Documents - Payments, timesheets, misc | Gracie Puentes Office | Davis | DCIS | Boyd Lawrence | VA OIG |
| 23 | 1B1 | 10 | | | Patient records/receipts | | Davis | DCIS | Scherach/ Chuprinko | DCIS / HHS OIG |
| 24 | 1A13 | 11 | | | Misc documents, Bank documents | Jesse Ortiz Office - Accountant | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 25 | 1B1 | 12 | | | Personnel records, Invoices, Office records, Patient records | | Davis | DCIS | Scherach/ Chuprinko | DCIS / HHS OIG |
| 26 | 1A4 | 13 | | | Documents - State licensing, prescription copies, training manual | | Davis | DCIS | Kowalski / Hansen | DCIS |
| 27 | 2B3 | 14 | | | Audit/Inventory Files | | Davis | DCIS | Dennick | DCIS |
| 28 | 2AB | 15 | | | Patient records | | Davis | DCIS | Stapleton | HHS/OIG |
| 29 | 2A13 | 16 | | | Daily reports | | Davis | DCIS | Stapleton | HHS/OIG |
| 30 | 2A13 | 17 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |

15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 2A13 | 18 | | | Daily reports | | Davis | DCIS | Stapleton | HHS/OIG |
| 32 | 2A13 | 19 | | | Prescriptions | Suite 200 | Davis | DCIS | Stapleton | HHS/OIG |
| 33 | 2A13 | 20 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 34 | 2A13 | 21 | | | Daily reports | | Davis | DCIS | Stapleton | HHS/OIG |
| 35 | 2A13 | 22 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 36 | 1A1 | 23 | | | Binders of employee I-9 info | | Davis | DCIS | Davis | DCIS |
| 37 | 2A13 | 24 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 38 | 1A1 | 25 | | | Personnel files/Tax records/Recruiting files | | Davis | DCIS | Davis | DCIS |
| 39 | 2A13 | 26 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 40 | 1A1 | 27 | | | Personnel files | | Davis | DCIS | Zuniga | DCIS |
| 41 | 2A13 | 28 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 42 | 2A13 | 29 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 43 | 2A13 | 30 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 44 | 2A13 | 31 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 45 | 2A13 | 32 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 46 | 2A13 | 33 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 47 | 2A13 | 34 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 48 | 2A13 | 35 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 49 | 2A13 | 36 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 50 | 2A13 | 37 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 51 | 2A13 | 38 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 52 | 2A13 | 39 | | | Prescription receipts | | Davis | DCIS | Stapleton | HHS/OIG |
| 53 | 1B6 | 40 | | | Administrative documents & Customer service notes, Complaint response & Other call info, Doctor pharmacy agree | | Davis | DCIS | Beisler/ Chuprinko | DCIS / HHS OIG |
| 54 | 2A13 | 41 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 55 | 2A13 | 42 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 56 | 2A13 | 43 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 57 | 2A13 | 44 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |




15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102



| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 2A13 | 45 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 59 | 2A13 | 46 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 60 | 2A13 | 47 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 61 | 1A6 | 48 | | | Employee Files | | Davis | DCIS | Peter Moore | VA OIG |
| 62 | 1B5 | 49 | | | Logged formula worksheets | | Davis | DCIS | Hyde, Beisler, Chuprinko | DCIS / HHS OIG |
| 63 | 2A4 | 50 | | | Financial folders, Banking info, Notepads | Richard Hall Office | Davis | DCIS | Stapleton | HHS/OIG |
| 64 | 1B6 | 51 | | | Pharmacy agreements | | Davis | DCIS | Hyde/Beisler | DCIS |
| 65 | 1B6 | 52 | | | Pharmacy faxes | | Davis | DCIS | Hyde/Beisler | DCIS |
| 66 | 1A4 | 53 | | | Xpress & Hall licensing, Audit documents, Xpress POC phone list, Xpress pharmacy receipts & Copies | | Davis | DCIS | Kowalski / Hansen | DCIS |
| 67 | LL5 | 54 | | | Marketing agreement, Marketing docs | | Davis | DCIS | Zuniga | DCIS |
| 68 | 1B6 | 55 | | | Pharmacy agreements | | Davis | DCIS | Hyde/Beisler | DCIS |
| 69 | 1B5 | 56 | | | Mixing sheets | | Davis | DCIS | Hyde/Beisler | DCIS |
| 70 | 2A13 | 57 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 71 | 2A13 | 58 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 72 | 2A13 | 59 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 73 | 2A13 | 60 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 74 | 2A13 | 61 | | | 100,000-103,599 Prescriptions | Suite 200 | Davis | DCIS | Stapleton | HHS/OIG |
| 75 | 2A13 | 62 | | | 103,600-106,599 Prescriptions | Suite 200 | Davis | DCIS | Stapleton | HHS/OIG |
| 76 | 1A1 | 63 | | | Employee records/Patient communication/Notes/Company spreadsheets/Profit loss statements/Company license info | | Davis | DCIS | Davis | DCIS |

15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 1A14 | 64 | Desk top | | FTI solutions paperwork, Dptum RX audit, Bank statements, Weekly meeting notes, Ownership info, 203 tax return, vendor infos, general ledgers, pharmacy inventory 8/2015, Profit & Loss 2015 stmts, mtg minutes, Investment in ATP, Insurance letters suspending pymts, 2016 balance sheet March, Items checekd into chemical inventory 4/16, W-2 2015, 5280, UC meeting 4/9/15, 2015 1099s, 2015 Qtrly tax return, Herrn&Wright PPLC transactions tax acct, June 2016, Paycom 2016, Payroll 5/18/16, Marketing fees, Paramed invoices, 7/28/15 agenda, Freedom medical list, Shareholder letter, 2014 consolidated financial statements, 2014 commissions | | Davis | DCIS | Pam Williams | FBI |
| 78 | 1B5 | 65 | | | Fraud, Waste & Abuse binder, HIPPA cert binder, Training binder, Log of scripts (Optum), Misc forms, Logged formula weights | | Davis | DCIS | Chuprinko, Hyde, Beisler | HHS OIG/ DCIS |
| 79 | 1A8 | 66 | | | Financial documents | | Davis | DCIS | McCardel | DCIS |
| 80 | 2A13 | 67 | | | Patient letters | | Davis | DCIS | Stapleton | HHS/OIG |
| 81 | 2A13 | 68 | | | Patient letters | | Davis | DCIS | Stapleton | HHS/OIG |
| 82 | 1A12 | 69 | Storage closet | | Misc docs, RX documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 83 | 1A14 | 70 | | | 2015 UMB bank stmts-financials, 2014 1099 Misc stmts, State license info, Pharmacy medication transfer forms | | Davis | DCIS | Pam Williams | FBI |
| 84 | 2A13 | 71 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 85 | 2A13 | 72 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 86 | 2A13 | 73 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 87 | 2A13 | 74 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 88 | 2A13 | 75 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 89 | 2A13 | 76 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 1A1 | 77 | | | Marketing rep files | | Davis | DCIS | Zuniga | DCIS |
| 91 | 1A1 | 78 | | | Personnel files | | Davis | DCIS | Davis | DCIS |
| 92 | 1A1 | 79 | | | Personnel files | | Davis | DCIS | Davis | DCIS |
| 93 | 2A13 | 80 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 94 | 2A13 | 81 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 95 | 2A13 | 82 | | | Drug logs | | Davis | DCIS | Stapleton | HHS/OIG |
| 96 | LL2 | 83 | | | 2014 Invoices C to E | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 97 | LL2 | 84 | | | 2014 Invoices A to B | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 98 | LL2 | 85 | | | 2014 Invoices P to Z | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 99 | LL2 | 86 | | | 2014 Invoices F to O | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 100 | 2A13 | 87 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 101 | 2A13 | 88 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 102 | LL2 | 89 | | | Prescriptions Docs 152700-153199 | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 103 | LL5 | 90 | | | Faxed prescriptions | | Davis | DCIS | Zuniga | DCIS |
| 104 | LL2 | 91 | | | Prescriptions documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 105 | LL2 | 92 | | | Prescription documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 106 | 2A13 | 93 | | | Prescriptions | | Davis | DCIS | Stapleton | HHS/OIG |
| 107 | LL2 | 94 | Brown filing cabinet | | Pain formulation change standing orders | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 108 | LL2 | 95 | Tan filing cabinet | | Prescription docs/Bank records | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 109 | 1A8 | 96 | | | Financial reports | | Davis | DCIS | McCardel | DCIS |
| 110 | 1A6 | 97 | | | Box containing sales rep employee files | | Davis | DCIS | Jones | VA OIG |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | LL2 | 98 | | | Prescription documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 112 | LL2 | 99 | | | Argus 2013 EOBs, RxPress May-Dec 2013, Jan 2014 | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 113 | LL2 | 100 | | | Prescription docs | From Big Box | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 114 | LL2 | 101 | Brown filing cabinet | | Pain formulation change standing orders | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 115 | 1A14 | 102 | | | 2014 deposits April-Decemer | | Davis | DCIS | Lois Montana | FBI |
| 116 | 1A14 | 103 | Top of Desk | | Hanging files A-Z of training non-disclosure employee agreements, RxExpress compounding pharmacy | | Davis | DCIS | Rouse | FBI |
| 117 | 1A14 | 104 | Desk top | | Copies of deposit slips & deposited terms Xpress Pharmacy, Binder of stmt of claims from ins - Accts payable ledgers | | Davis | DCIS | Pam Williams | FBI |
| 118 | LL5 | 105 | | | Prescriptions | | Davis | DCIS | Kowalski | DCIS |
| 119 | LL5 | 106 | | | Presciptions | | Davis | DCIS | Kowalski | DCIS |
| 120 | 1A14 | 107 | Top of desk | | Remittance vouchers, Billing records, Stmt of claims, Explanation of benefits, Pharmacy remittance, Pharmacy claims detail, Bank stmts, Profit & Loss Stmts, Printed emails, Balance sheets, Income stmts, Patient pharmacy docs, Financial stmts, Wire transfer, UMB documents, Stock info, Letters, Chemical inventory, US Bank stmts, Agendas, SWS bank commerical stmts | | Davis | DCIS | Rouse | FBI |
| 121 | LL2 | 108 | | | Presciption documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 122 | LL2 | 109 | | | Prescription documents | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 123 | LL2 | 110 | | | Prescriptions | | Davis | DCIS | Jeremiah Reppert | VA OIG |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 124 | 1A6 | 111 | | | Box containing sales rep employee files | | Davis | DCIS | Jones | VA OIG |
| 125 | 1A6 | 112 | | | Box containing sales rep employee files | | Davis | DCIS | Jones | VA OIG |
| 126 | 1A6 | 113 | | | Box containing sales rep employee files | | Davis | DCIS | Jones | VA OIG |
| 127 | LL2 | 114 | | | Prescription docs | From Big Box | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 128 | LL2 | 115 | | | Prescription docs | From Big Box | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 129 | LL2 | 116 | | | Prescription docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 130 | LL2 | 117 | | | Prescription docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 131 | LL2 | 118 | | | Prescription docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 132 | LL2 | 119 | Brown filing cabinet | | Pain formulation change standing orders | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 133 | 1A14 | 120 | | | Corp 2013 tax returns, Binder Xpress lab inc, Financial invoices, Bank folder, Commission report summary Mar 2014, Binder commission reports summaries 2014, Binder acct analysis, Application folder, Tax credit folder, IAS folder, Intercom records folder, Audit folder, Logged formulas wksht, Prepaids folder, Plxed assets, Renditions envelope, SLO security envelope to be filed folder, deposit slips, Copays | | Davis | DCIS | Montana | FBI |
| 134 | LL5 | 121 | | | Faxed prescriptions | | Davis | DCIS | Zuniga | DCIS |
| 135 | LL2 | 122 | | | Prescription docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 136 | LL2 | 123 | From blue box | | Prescription & Misc docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 137 | LL2 | 124 | From blue box | | Prescription & Misc docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 138 | 1A14 | 125 | | | 2014 Deposits Jan-April | | Davis | DCIS | Montana | FBI |
| 139 | 2A13 | 126 | | | Daily reports | | Davis | DCIS | Stapleton | HHS/OIG |
| 140 | 2A13 | 127 | | | Patient letters | | Davis | DCIS | Stapleton | HHS/OIG |
| 141 | 1A8 | 128 | | | | | Davis | DCIS | Stapleton | HHS/OIG |
| 142 | 1A8 | FILL 3 | | | Various docs from top of desk area | | Davis | DCIS | Vancor | VA OIG |
| 143 | 1A8 | FILL 4 | | | Various files from desk drawers | | Davis | DCIS | Vancor | VA OIG |
| 144 | 1B1 | FILL 5 | | | Various office docs w/receipts & corr | | Davis | DCIS | Scherach/ Chuprinko | DCIS / HHS OIG |
| 145 | LL3 | FILL 6 | | | Misc docs | | Davis | DCIS | Jeremiah Reppert | VA OIG |
| 146 | 1B7 | FILL 7 | | | Pharmacy billing information & docs | | Davis | DCIS | Beisler/ Chuprinko | DCIS/ HHS OIG |
| 147 | 2B4 | FILL 8 | | | Audit/Fogeries/Meeting Notes | Kristen Morgan Desk | Davis | DCIS | Dennick | DCIS |
| 148 | 1A18 | FILL 9 | | | Misc pharmacy docs | | Davis | DCIS | Hyde/Beisler | DCIS |
| 149 | 1A18 | FILL 10 | | | Misc pharmacy docs | | Davis | DCIS | Hyde/Beisler | DCIS |
| 150 | 2A14 | FILL 11 | Top of desk 1 | | Sev Rxpress scripts along w/logs of scripts w/patient name | | Davis | DCIS | Taylor | DCIS |
| 151 | 2A14 | FILL 12 | Desk 2 | | Numerous "logged formula worksheets", forms from Rxpress Pharmacy | | Davis | DCIS | Gumban | DCIS |
| 152 | 2A14 | FILL 13 | Desk bottom right drawer | | Two folders (audits & inventory) | | Davis | DCIS | Moses | DCIS |
| 153 | 2A14 | FILL 14 | Desk 2 | | RxExpress scriptas logged formula worksheets | | Davis | DCIS | Nelson | DCIS |
| 154 | 1A16 | 129 | | | Bonus and payroll records | | Davis | DCIS | Stapleton | HHS/OIG |
| 155 | 2A6 | 130 | Desk drawer | | Various docs relating to acct and handwritten notes | | Davis | DCIS | Moses | DCIS |
| 156 | 2A6 | 131 | Credenza | | Lexar orange thumb drive 8GB | | Davis | DCIS | Gumban | DCIS |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 157 | 2A6 | 132 | Desk | | List of DRs & Co and reps; spiral notebook; finance stmts; Hall Double H Pharmakos, 2015 tax; HFT race & HFT | | Davis | DCIS | Piro | DCIS |
| 158 | 2A6 | 133 | | | Vehicle reg for Halls family trust, Lewis Hall, Pharmakos, Hall | | Davis | DCIS | Gumban | DCIS |
| 159 | 2A6 | 134 | Top of desk | | Various docs, script, financial records, meeting notes, title | | Davis | DCIS | Nelson | DCIS |
| 160 | 2A6 | 135 | | | Checks Cow Town, HFT, Pharmakos, Hall | | Davis | DCIS | Gumban | DCIS |
| 161 | 2A6 | 136 | Trash can | | Various loose docs | | Davis | DCIS | Moses | DCIS |
| 162 | 2A6 | 137 | File Cabinet | | Financial recs HFT, HFT Race, Pharmacy agreement, finance stmts & tax, Halls long term care, Email RE "Issues" | | Davis | DCIS | Piro | DCIS |
| 163 | 2A6 | 138 | Top of table | | 3 Rxpress pharmacy tablets of Blank script order forms | | Davis | DCIS | Taylor | DCIS |
| 164 | 2A6 | 139 | Desk | | Blue ACA thumbdrive, plaintiff petition, deposition | | Davis | DCIS | Gumban | DCIS |
| 165 | 2A6 | 140 | Top of File Cabinet | | Binder Class, Policy, Procedures & Various docs | | Davis | DCIS | Moses | DCIS |
| 166 | 2A6 | 141 | Top of table | | Oil & gas trust docs Lewis A Hall | | Davis | DCIS | Taylor | DCIS |
| 167 | 2A6 | 142 | Top of long desk | | Various loose docs, Xpress compounding pharmacy, Tech training manual & Ameritrade docs | | Davis | DCIS | Moses | DCIS |
| 168 | 2A6 | 143 | Top of table | | Manila folder labeled "Problems & Lewis", Copies of script orders w/sticky notes attached detailing problems | | Davis | DCIS | Taylor | DCIS |
| 169 | 2A6 | 144 | Top of table | | Envelope w/ handwriting Richard Hall, Dustin & Scott | | Davis | DCIS | Moses | DCIS |
| 170 | 2A6 | 145 | Top of Table | | Handwritten letter RE possible fraudulent scripts w/samples of bogus scripts | | Davis | DCIS | Taylor | DCIS |
| 171 | 2A6 | 146 | Top of long table | | Various docs relating to insurance guide and various emails | | Davis | DCIS | Moses | DCIS |
| 172 | 2A6 | 147 | | | Checkbook stubs, emails | | Davis | DCIS | Nelson | DCIS |



15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|
| 173 | 1B7 | FILL 15 | | | Meeting notes, Insurance policies | | Davis | DCIS | Hyde/Beisler | DCIS |
| 174 | 1A16 | FILL 16 | | | Marketing fee paperwork | | Davis | DCIS | Hegarty | VA OIG |
| 175 | 1A19 | FILL 17 | | | Expense/payables for Rall & Schuster | | Davis | DCIS | Hegarty | VA OIG |
| 176 | 1A8 | FILL 18 | | | IPAD mini / Dr. Mehkri | | Davis | DCIS | McCardel | DCIS |
| 177 | 1B1 | FILL 19 | | | Ramzi Bayrice Chief Pharmacist Ipad | | Davis | DCIS | Dennick | DCIS |
| 178 | | FILL 20 | | | Virtualized copy and configuration files of: File Server; DocuTrack 0419; Xpress PK; RXPress PK; and Poltys. A Logical image of RXpress PK's c:drive. A select Google mail download. All information contained on SEAGATE 2TB, Serial #6XW01M6R | | | | | |
| 179 | Multi | 148-1 | | | 284 Laptop, 1A9 E7450 | | Downey | DCIS | Downey | DCIS |
| 180 | Multi | 148-2 | | | 1B7 Laptop, 2A7 Laptop | | Downey | DCIS | Downey | DCIS |
| 181 | 2A8 | 148-3 | | | Image of Mac Mini 2A8 | | Downey | DCIS | Downey | DCIS |
| 182 | Multi | 148-4 | | | Image of Thumb 2AS and XPC 803 1B1 | | Downey | DCIS | Downey | DCIS |
| 183 | 1A13 | 148-5 | | | Image of 1A13 | | Downey | DCIS | Downey | DCIS |
| 184 | Multi | 148-6 | | | Image of 1A6 Desk and 1A1 Desk | | Downey | DCIS | Downey | DCIS |
| 185 | 2A6 | 148-7 | | | IMAC 2A6 | | Poulson | DCIS | Downey | DCIS |
| 186 | 1A8 | 148-8 | | | IA8 Laptop | | Downey | DCIS | Downey | DCIS |
| 187 | Multi | 148-9 | | | Image of 1A1A thumb and RX 129 1A4 | | Downey | DCIS | Downey | DCIS |
| 188 | 1A7 | 148-10 | | | Image of 1A7 Desktop | | Downey | DCIS | Downey | DCIS |
| 189 | 1A16 | 148-11 | | | Image of 1A16 | | Downey | DCIS | Downey | DCIS |
| 190 | 1A18 | 148-12 | | | Image of 1A18 Laptop | | Downey | DCIS | Downey | DCIS |
| 191 | Multi | 148-13 | | | Image of 1A7 Loose and Ipad Mini | | Downey | DCIS | Downey | DCIS |

DEFENSE CRIMINAL INVESTIGATIVE SERVICE "PROTECTING AMERICA'S WARFIGHTERS"

15-Sep-16
Case # 2015001492
1000 W. Weatherford, TX 76102

| Item Number | Room | Box # | Location within Room | Drawer # | Description of Evidence | Notes | Seizing Agent | Seizing Agency | Finding Agent | Finding Agency |
|---|---|---|---|---|---|---|---|---|---|---|

I certify that this is a true listing of all items seized at the above specified location, pursuant to a lawful court order and/or a search warrant.

Signed: Joseph A. McCandel

Date: 9/15/2016

Print Name: Joseph A. McCandel

Witness Agent: [signature]