IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| RICHARD HALL (01) | NO. 3:18-CR-623-S |

## UNITED STATES' AMENDED WITNESS LIST

Pursuant to the Court's Order of July 2, 2023, the United States of America (the "government") submits this Witness List in advance of the July 17, 2023 trial. The government also reserves its right to call any witness on the Defendants' witness list and any witness necessary for rebuttal.

## PROBABLE WITNESSES

| NAME[1] | SUMMARY OF TESTIMONY |
|---|---|
| James Gogue | James Gogue is a health care fraud specialist with the Department of Defense. He will testify about the rules governing TRICARE and the payment of TRICARE claims. |
| Scott Schuster | Scott Schuster has pleaded guilty and is expected to testify about the process of formulating pharmacy products, recruiting marketers and doctors, paying marketers, and billing insurance companies. He will explain the Defendant's role in the conspiracy charged. |

---

[1] The government will provide contact information for these witnesses to defense counsel and has not included this information in this public document.

|  | He will also testify about the expenditures related to the money laundering conspiracy. |
|---|---|
| Mike Petron[2] | Mike Petron, Managing Director and Co-President of Stout Risius Ross, will testify about charts that summarize voluminous records, including claims data, financial records, and pharmacy records. Mr. Petron will serve as a summary witness. |
| Britt Hawrylak | Britt Hawrylak will testify about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he was paid. |
| Luke Zeutzius | Luke Zeutzius is a cooperating co-conspirator who will testify about his role in the conspiracy, specifically about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he worked with the Defendants and was paid. He will also testify about the expenditures related to the money laundering conspiracy. |
| Michael Ranelle | Michael Ranelle is a cooperating co-conspirator who will testify about his role in the conspiracy, specifically about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he worked with the Defendants and was paid. |
| Jonathan Le | John Le is expected to testify about the inner-workings of the pharmacies, including formulation, marketing, and payment practices. |
| Shoshana Thoma-Isgur | Shoshana Thoma-Isgur is an attorney who will testify about her experience working with the pharmacy, including advising the pharmacy on the Anti-Kickback Statute. |
| Joby Allen Rosenbaum | Joby Allen Rosenbaum will testify about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he was paid. |
| Steve Bergman | Steve Bergman will testify about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he was paid. |
| Elvin Sotomayor | Elvin Sotomayor will testify about his experience as a "marketer" for the pharmacy, the commission structure, and the manner in which he was paid. |
| Dr. Adam Bruggeman | Adam Bruggeman is a doctor who will testify about prescribing compound medications for his patients that |

---

[2] The government will call Mr. Peteron, or another Stout employee, to testify to the information reflected in this notice.

|  | the pharmacy filled. He will also testify about his business relationship with the pharmacy. |
|---|---|
| Richard Church | Ryan Church is an attorney who will testify about his experience working with the pharmacy, including advising the pharmacy on the Anti-Kickback Statute. |
| Emily Hutchinson,[3] | Emily Hutchinson is a special agent with the Federal Bureau of Investigation. She will testify about aspects of the investigation. |
| Dr. Xavier Jimenez | Dr. Jimenez is an expert witness who will provide FRE 702 testimony regarding compound medications, financial incentives in prescribing, and records. |
| Dustin Rall | Dustin Rall has pleaded guilty and is expected to testify about the process of formulating pharmacy products, recruiting marketers and doctors, paying marketers, and billing insurance companies. He will also testify about the expenditures related to the money laundering conspiracy. He will explain each remaining defendant's role in the conspiracy charged. |
| George Lock Paret | Lock Paret has pleaded guilty and is expected to testify about pharmacy operations. He was the pharmacist-in-charge. |

Dated: July 7, 2023

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON, CHIEF
U.S. DEPARTMENT OF JUSTICE
FRAUD SECTION, CRIMINAL DIVISION

*/s/ Lee Michael Hirsch*
Lee Michael Hirsch
Trial Attorney
Fraud Section, Criminal Division

---

[3] The government will call Special Agent Hutchinson, or another case agent, to testify to the information reflected in this notice.

U.S. Department of Justice
New York State Bar. No. 24079529
1100 Commerce Street, Suite 300
Dallas, TX 75242
Telephone: (202) 805-5911 (Hirsch)
Lee.Hirsch@usdoj.gov